IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JULIA COLE; LEK COLE,

           Plaintiffs,

    v.

SAFECO INSURANCE COMPANY
OF ILLINOIS,

           Defendant.

Civ. No. 6:24-cv-02139-AA

**OPINION & ORDER**

AIKEN, District Judge.

    This case comes before the Court on the Amended Unopposed Motion to Consolidate. ECF No. 7. Plaintiffs move to consolidate this matter with *Cole et al. v. Safeco Insurance Company of Illinois*, 6:23-cv-01621-MC.

    Federal Rule of Civil Procedure 42(a) authorizes courts to consolidate actions involving "common question[s] of law or fact." The court may consolidate for hearing or trial any and all matters at issue, including the entire case. *Id.* "In making this determination, the court must weigh 'the interest in judicial convenience against the potential delay, confusion, and prejudice caused by consolidation.'" *Evraz Inc., N.A. v. Travelers Indem. Co.*, Case No. 3:11-cv-00233-AC, 2013 WL 6241984, at *1 (D. Or. Dec. 3, 2013) (quoting *Paxonet Commc'ns, Inc. v. TranSwitch Corp.*, 303 F. Supp.2d 1027, 1028 (N.D. Cal. 2003)). "The purpose of 42(a) is to improve trial court efficiency

by avoiding unnecessary duplication of evidence and procedures and to avoid the risk of inconsistent adjudications." *Wilson v. HGC, Inc.*, Case No. 3:16-cv-64-SI, 2016 WL 4432690, *1 (D. Or. Aug. 18, 2016). The district court has broad discretion to decide whether to consolidate cases. *In re Adams Apple, Inc.,* 829 F.2d 1484, 1487 (9th Cir. 1987). Under the Local Rules for the District of Oregon, "[u]nless otherwise directed by the court, the earliest filed consolidated case will be designated as the lead case for administrative control and case management purposes." LR 42-4(a).

Here, Defendant is not opposed to consolidation. The Court has reviewed Plaintiffs' Motion and concludes that, in light of the close factual and legal relationship between the cases, consolidated is merited. Plaintiffs' Motion is therefore GRANTED and this case is consolidated with *Cole et al. v. Safeco Insurance Company of Illinois*, 6:23-cv-01621-MC. Consistent with LR 42-4(a), the earlier filed case, 6:23-cv-01621-MC, is the lead case for administrative control and case management purposes.

It is so ORDERED and DATED this ___15th___ day of April 2025.

          /s/Ann Aiken
          ANN AIKEN
          United States District Judge